Terrence Franklin 230314012
Name and Prisoner/Booking Number

Pima County Adult detention center
Place of Confinement

P.O. Box 951
Mailing Address

Tucson, AZ 85702
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED _____ LODGED
RECEIVED _____ COPY

JUL 21 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Terrence Franklin
(Full Name of Plaintiff)        Plaintiff,

vs.

Pima County et. al. &
(1) Pima County Justice Courts
(Full Name of Defendant)

(2) Laura Conover & Pima County Attorneys office

(3) Lewis Brandes

(4) Jennifer Naegle
                    Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-333-TUC-JCH(PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: Pima County Adult Detention Center, Tucson.

Revised 5/1/2013                    1

**550/555**

**B. DEFENDANTS**

*Pima County et. al.*

1. Name of first Defendant: ~~Pima County Justice Courts~~ The first Defendant is employed as:
*Pima County Justice Courts* at *Pima County Justice Courts*.
　　　　　(Position and Title)　　　　　　　　　　(Institution)

2. Name of second Defendant: *Laura Conover*. The second Defendant is employed as:
*Pima County Attorney* at *Pima County Attorneys office*
　　　　　(Position and Title)　　　　　　　　　　(Institution)

3. Name of third Defendant: *Lewis Brandes*. The third Defendant is employed as:
*Supervisor of Domestic Violence unit* at *Pima County Attorneys Office*.
　　　　　(Position and Title)　　　　　　　　　　(Institution)

4. Name of fourth Defendant: *Jennifer Neegle*. The fourth Defendant is employed as:
*Attorney (Prosecutor) for State of Arizona* at *Pima County Attorneys office*
　　　　　(Position and Title)　　　　　　　　　　(Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C. PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner?　　☒ Yes　　☐ No

2. If yes, how many lawsuits have you filed? *2*. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: *Terrence Franklin* v. *Sheriff Chris Nanos*
      2. Court and case number: *? U.S. District Court*
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) *Stopped Pursuing Lawsuit.*

   b. Second prior lawsuit:
      1. Parties: *Terrence Franklin* v. *Sheriff Chris Nanos & Naphcare.*
      2. Court and case number: *4:23-cv-0288-JCH-PSOT*.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) *Still Pending*

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## B. DEFENDANTS

**5.** Name of first Defendant: *City of Tucson – Tucson Police Department*. The first Defendant is employed as:
*Municipality of City of Tucson* at *Tucson* .
          (Position and Title)                                 (~~Institution~~)

**2.** Name of second Defendant: _____. The second Defendant is employed as:
_____ at _____ .
          (Position and Title)                                 (Institution)

**3.** Name of third Defendant: _____. The third Defendant is employed as:
_____ at _____ .
          (Position and Title)                                 (Institution)

**4.** Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____ .
          (Position and Title)                                 (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

**1.** Have you filed any other lawsuits while you were a prisoner?     ☐ Yes     ☐ No

**2.** If yes, how many lawsuits have you filed? _____ . Describe the previous lawsuits:

    **a.** First prior lawsuit:
        1.   Parties: _____ v. _____
        2.   Court and case number: _____ .
        3.   Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____ .

    **b.** Second prior lawsuit:
        1.   Parties: _____ v. _____
        2.   Court and case number: _____ .
        3.   Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____ .

    **c.** Third prior lawsuit:
        1.   Parties: _____ v. _____
        2.   Court and case number: _____ .
        3.   Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
            _____ .

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: *Due Process, presumption of innocense, Excessive Bail. 8th, 14th, & 4th Amendments*.

2. **Count I. Identify the issue involved. Check only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: *unlawful imprisonment*

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   *Arrested on False Allegations, No Physical Evidence, to prove or presume Guilt, Held on $70,000 Bond, Case never investigated By a Detective. Pre-trial incarceration unfair, unjust & violates Presumption of innocense as well as a $70,000 Bond with purely Hearsay Evidence*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   *Lost wages, Lost time with family & friends, wasn't able to file my income tax (more lost wages) Suffering from depression, anxiety & Clostrophobia, from being unlawfully imprisoned on a unreachable bond*

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *I wrote prosecuting attorney*

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: *Due process*
   *14th Amendment*

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: *Due process*

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   *No thurough investigation took place, No Evidence recoverd, no Detective to look over facts of case. Violates (TPD) policie to have a case investigated diligently by qualified Detective. Chain of Command violation. No Post indictment identification*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   *Was Arrested Lost 12 Contracts to do Murals Lost $15,000 Due to Loss of Cliental from my tattooing work I do Independently, lost all my Art Supplies, tattoo gear, & tools*

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No

   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No

   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *Grievence for TPD Not Available for me at Jail.*

4

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

Monetary ~~damages~~ City of Tucson et al. Tucson Police Department
$ 1,500,000.00. Lost wages, Lost tools, Loss of freedom. Developed bad
Depression, Anxiety, Pima County Justice Courts, Pima County Attorneys
office, Laura Conover, Lewis Brandes, & Jennifer Naegle := 1,500,000.36

total: $ 3,000,000.36
Three Million Dollars and thirty six cents

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   7.1.23
                  DATE                                              SIGNATURE OF PLAINTIFF


(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


(Signature of attorney, if any)



(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6