# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terrence Franklin,<br><br>    Plaintiff,<br><br>v.<br><br>County of Pima, et al.,<br><br>    Defendants. | NO. CV-23-00333-TUC-JCH (PSOT)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 28, 2023, judgment is entered. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

August 29, 2023

Debra D. Lucas
District Court Executive/Clerk of Court

By   s/ B. Cortez
     Deputy Clerk